IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| SHAWN THORPE, *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART STORES EAST, LP, *et al.*, <br><br> Defendants. | CASE NO. 5:16-CV-1247 <br><br> JUDGE PEARSON <br><br> **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P 26(F) AND L.R. 16.3(B)(3)** |

1. Pursuant to Fed. R. Civ. P 26(f) and L.R. 16.3(b), a meeting was held on July 11, 2016, and was attended by Stacie Roth, counsel for Plaintiffs Shawn Thorpe and Deonshai Millender (collectively "Plaintiffs") and Nicholas Resetar, counsel for Defendant Wal-Mart Stores East, LP ("Wal-Mart").

2. The parties recommend the following track: Standard

3. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms: Mediation and Summary Jury Trial.

4. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

5. Initial Disclosures:

Plaintiff made initial disclosures on July 11, 2016, and Wal-Mart made initial disclosures on July 9, 2016.

6. Subsequent Proceedings (for ERIS cases): Not applicable.

7. <u>Subsequent Proceedings (for non-ERIS cases)</u>:

    a) Recommended Discovery Plan: The parties will seek discovery regarding the allegations and potential damages alleged in Plaintiffs' Complaint, including whether Plaintiffs were falsely imprisoned, defamed, cast in a false light, and/or were subjected to emotional distress. The parties will utilize written discovery, up to and including, the number of interrogatories permitted under the Federal Rules of Civil procedure, up to fifty (50) requests for admission to each Plaintiff, and requests for production of documents as needed. The parties anticipate up to ten (10) depositions, including the Plaintiffs, Wal-Mart employees and representatives, and fact witnesses.

    b) The parties do not anticipate discovery of electronically stored information. To the extent discovery of electronically stored information becomes required, the parties will adhere to Appendix K of the Local Rules for the United States District Court for the Northern District of Ohio.

    c) The parties have not reached an agreement regarding the handling of disclosed privileged material.

    d) Discovery cut-off date: February 1, 2017

    e) Recommended dispositive motion date: March 1, 2017

    f) Recommended cut-off for amending the pleadings and/or adding additional parties: October 1, 2016

    g) Recommended date for Status Conference: December 1, 2016

Planning Statement

8. Other matters for the attention of the Court: Pursuant to the Court's Case Management Conference Scheduling Order [Doc. #7], Plaintiffs made written demand to Wal-Mart. In this regard, Wal-Mart will make a written response in accordance with the Court's Order.

2

                Respectfully submitted,


                /s/ *Nicholas P. Resetar*
                Bradley A. Wright (0004957)
                bwright@ralaw.com
                Nicholas P. Resetar (0086507)
                nresetar@ralaw.com
                Roetzel & Andress, LPA
                222 South Main Street
                Akron, OH  44308
                Telephone:  330.376.2700
                Facsimile:  330.376.4577
                ATTORNEYS FOR DEFENDANTS


                By: /s/ *Stacie L. Roth (email consent 7/11/2016)*
                Stacie L. Roth (0071230)
                Allen Schulman and Associates
                236 Third Street, SW
                Canton, Ohio 44702
                (330) 456-4400; (fax) (330) 456-3641
                Email: sr@lawyersonyourside.com

                ATTORNEYS FOR PLAINTIFFS

## PROOF OF SERVICE

I hereby certify that on this 12th day of July 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/Nicholas P. Resetar*
Bradley A. Wright
Nicholas P. Resetar
